## 51106. AYERS v. CITY OF ATLANTA.

WEBB, Judge.

This is an appeal from an order of the superior court dismissing appellant's petition for writ of certiorari to the Judge of the Municipal Court, City of Atlanta. Finding his path blocked by *Hill v. City of Atlanta,* 125 Ga. 697 (54 SE 354), appellant mounts an attack upon that case in this court. We have no alternative but to follow the ruling made by the Supreme Court.

*Judgment affirmed. Bell, C. J., and Marshall J., concur.*

SUBMITTED SEPTEMBER 17, 1975— DECIDED SEPTEMBER 30, 1975 — REHEARING DENIED OCTOBER 23, 1975 —

*Herbert Shafer,* for appellant.
*Henry L. Bowden, Henry R. Bauer, Jr.,* for appellee.